IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHY E. VICARS

   Plaintiff

vs.          Civil No.: JFM-00-2613

VA MARYLAND HEALTH
CARE SYSTEM

   Defendant

MEMORANDUM AND ORDER

   Plaintiff has sent a letter to the Clerk of the Court dated August 31, 2000 in which she requests the appointment of counsel. Plaintiff has requested that counsel be appointed to represent her/him. I have considered the type and complexity of this case, the merits of the plaintiff's claim, and the plaintiff's ability to present the case. I do not find any exceptional circumstances warranting appointment of counsel at this time. See Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984). If, at a later stage of these proceedings, it appears that the appointment of counsel is warranted, I will reconsider this ruling.

   Accordingly, it is, this 20th day of September 2000

   ORDERED that plaintiff's letter be treated as a motion for appointment of counsel and that it be denied as such.

                J. Frederick Motz
                United States District Judge

U.S. District Court (Rev. 12/1999)