IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHY E. VICARS                :

v.                             : CIVIL ACTION NO. JFM-00-2613

SECRETARY OF THE DEPARTMENT    :
OF VETERANS AFFAIRS

..oOo..

### ORDER

The defendants filed a motion to dismiss or, in the alternative, motion for summary judgment on November 8, 2000. (Paper No. 7.) The *pro se* plaintiff was notified of that dispositive filing that same date pursuant to the dictates of *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975). On December 14, 2000, Ms. Vicars wrote this Court indicating that while she received the *Roseboro* notice she had yet to receive a copy of the motion to dismiss or for summary judgment.[1]

The defendant shall be required to remail a copy of the dispositive motion on Ms. Vicars. The plaintiff shall then be afforded an additional period of time to file her opposition response.

Accordingly, IT IS this _____ day of _____, 2000, by this Court, hereby ORDERED that:

1.  The defendant shall REMAIL a copy of his motion to dismiss or, in the alternative, motion for summary judgment to the plaintiff at her current address on or before January 2, 2001;

---

[1] It appears that the motion was mailed to the plaintiff at an address in Burtonsville, Maryland, not the 1125 Avenue C, Perry Point, Maryland 21902 address set out in the original complaint and currently on record with the Clerk of the Court. (*See* Paper No. 7.)

2.  The plaintiff IS GRANTED an additional period of time to and including January 22, 2001, to file her opposition to the defendant's motion to dismiss or, in the alternative, motion for summary judgment; and

3.  The Clerk of the Court shall MAIL a copy of this Order to the plaintiff and to Assistant United States Attorney Jennifer L. Huesman.

 

_____
J. Frederick Motz
United States District Judge