IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHY E. VICARS              *
                             *
v.                           *  Civil No. JFM-00-2613
                             *
SECRETARY OF THE DEPARTMENT  *
OF VETERANS AFFAIRS          *
                          *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this ____ day of February 2001

ORDERED

1. Defendant's motion to dismiss or for summary judgment is treated as one for summary judgment and, as such, is granted; and

2. Judgment is entered in favor of defendant against plaintiff.

_____
J. Frederick Motz
United States District Judge